2012 CO 16

**Richard Allen SCOGGINS, Petitioner**

v.

**The PEOPLE of the State of Colorado, Respondent.**

**No. 10SC15.**

Supreme Court of Colorado.

March 5, 2012.

Douglas K. Wilson, Public Defender, Ellen Kay Eggleston, Deputy Public Defender, Denver, Colorado, Attorneys for Petitioner.

John W. Suthers, Attorney General, Clemmie Parker Engle, Assistant Attorney General, Denver, Colorado, Attorneys for Respondent.

PER CURIAM.

¶1 Justice Hobbs, Justice Rice, and Justice Eid are of the opinion that the judgment of the court of appeals, *People v. Scoggins*, 240 P.3d 331, 334 (Colo.App.2009), should be affirmed, whereas Chief Justice Bender, Justice Coats, and Justice Boatright are of the opinion that it should be reversed.

¶2 Because the court is equally divided, the decision of the court of appeals is affirmed by operation of law. *See* C.A.R. 35(e).

Justice MÁRQUEZ does not participate.